**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 1, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00188-CV

## IN RE JOHN ANTHONY VILLARIN INDIVIDUALLY AND D/B/A MRT AUTO & DIESEL REPAIR, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
281st District Court
Harris County, Texas
Trial Court Cause No. 2012-21663

## MEMORANDUM OPINION

On March 5, 2014, relator John Anthony Villarin, individually and d/b/a MRT Auto & Diesel Repair, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sylvia Matthews, presiding judge of the 281st District Court of Harris County, to grant relator's motion to compel requests

for production and to deny two motions to quash non-party subpoenas and for protection filed by the real parties in interest.

Relator has not satisfied his burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.